UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY LEE ROHRICH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF SOUTH DAKOTA; MINNEHAHA COUNTY; CENTRAL SQUARE; NCIC; GTL; JAIL ATM,<br><br>Defendants. | 4:26-CV-04127-RAL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQURING PLAINTIFF TO PAY AN INTIAL PARTIAL FILING FEE |

Plaintiff Jeremy Lee Rohrich, an inmate at the Minnehaha County Jail, filed a pro se civil rights lawsuit. Doc. 1. Rohrich filed a motion for leave to proceed in forma pauperis and provided a prisoner trust account report. Docs. 2, 3.

Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The Court may, however, accept partial payment of the initial filing fee where appropriate. Thus, "[w]hen an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan." Henderson v. Norris, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (alteration in original) (quoting McGore v. Wrigglesworth, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

(A) the average monthly deposits to the prisoner's account; or
(B) the average monthly balance in the prisoner's account for the 6–month period immediately preceding the filing of the complaint or notice of appeal.

Rohrich reports an average monthly balance for the past six months in his prisoner trust account of $33.48 and an average monthly deposit of $38.86. Doc. 3 at 1. Based on this information, the Court grants Rohrich leave to proceed in forma pauperis, but he must pay an initial partial filing fee of $7.77 (20 percent of his average monthly deposits). Rohrich must pay the initial partial filing fee of **$7.77 by August 17, 2026**. His failure to pay the filing fee by August 17, 2026, will result in the dismissal without prejudice of his complaint.

Accordingly, it is

ORDERED that Rohrich's motion for leave to proceed in forma pauperis, Doc. 2, is granted. Rohrich will make a payment of **$7.77 by August 17, 2026**, made payable to the Clerk, U.S. District Court. If Rohrich does not pay the initial partial filing fee by August 17, 2026, his complaint will be dismissed without prejudice. It is further

ORDERED that the Clerk of Court will send a copy of this order to the appropriate financial official at Rohrich's institution. It is finally

ORDERED that the institution having custody of Rohrich is directed that whenever the amount in Rohrich's trust account, exclusive of funds available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding month to Rohrich's trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1), until the $350 filing fee is paid in full.

DATED July __17__, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

2